**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**MINUTE ENTRY:**
**NOVEMBER 17, 2026**
**DISTRICT JUDGE JOHN W. deGRAVELLES**

**RANDY RICHARDS, ET AL.** CIVIL ACTION

VERSUS NO. 25-861-JWD-SDJ

**AMAZON.COM SALES, INC., ET AL.**

---

A status conference by zoom w held in the above matter before District Judge John W. deGravelles.

Present were:

Jessica Natal & Nicholas B. Castrogiovanni
**Counsel for Plaintiffs**

Brendan Joseph Besh
**Counsel for Defendants**

Ashley U Schmidt
**Counsel for Intervenor**

The Court reviewed the history of the case.

After considering the explanation provided by Ms. Natal, the circumstances surrounding her departure from the firm, and the intervention by Hair Shunnarah regarding attorney's fees, and the fact that there is slightly less than a year until the time of trial, **IT IS ORDERED** that the Defendants' Motion for Summary Judgment (Doc. 22) is **DENIED WITHOUT PREJUDICE**.

Plaintiffs' Motion to Withdraw Deemed Admissions (Doc. 25) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall remain on this zoom call without the Court to work on a new scheduling order. If the parties agree, a motion and order with proposed deadlines may be filed. If the parties disagree, a motion may be filed setting forth the reasons the parties were unsuccessful agreeing to a scheduling order. This Court may consider the motion or refer to the Magistrate Judge for handling.

Counsel for Defendants enters an objection for the record to Court's ruling issued herein.

Signed in Baton Rouge, Louisiana, on November 17, 2026.

CV 36; T: 0:15

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**